**ELCOMMERCE.COM, INC.,**
**Plaintiff–Appellant,**

v.

**SAP AG and SAP America, Inc.,**
**Defendants–Appellees.**

No. 2011–1369.

United States Court of Appeals,
Federal Circuit.

June 6, 2014.

Christopher Benson, Sheila Kadura, Fulbright & Jaworski L.L.P., Austin, TX, Jonathan S. Franklin, Fulbright & Jaworski L.L.P., Washington, DC, for Plaintiff–Appellant.

Michael A. Morin, J. Michael Jakes, Luke McCammon, Attorney, Naveen Modi, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, Joseph E. Palys, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, Samir N. Pandya, Newtown Square, PA, for Defendants–Appellees.

Before PROST,\* Chief Judge,

\* Sharon Prost assumed the position of Chief Judge on May 31, 2014.

NEWMAN, LOURIE, RADER,** DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, and HUGHES, Circuit Judges.

### ORDER

PER CURIAM.

The parties jointly move to dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. This court's February 24, 2014 opinion and judgment are vacated.

(2) The petition for rehearing en banc is withdrawn and the appeal is dismissed. The case is remanded with instructions for the district court to dismiss the case.

(3) Each side shall bear its own costs.